**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER MICHAEL BOULTINGHOUSE, ) | NO. SA CV 07-142-AHM(E) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| GUILLERMA HALL, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and dismissed with prejudice.

DATED:  10/8/08

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE